IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LARANZO EUGENE HOLLAND** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:16-CV-88 (MTT) |
| ) | |
| **Officer MOORE,** *et. al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Magistrate Judge Charles H. Weigle conducted the preliminary screening of Plaintiff Laranzo Eugene Holland's complaint required by 28 U.S.C. § 1915A and permitted the claims against Defendants Moore, Andrews, Jenkins, Anderson, and Dennis to proceed. (Doc. 8 at 4). He recommends dismissing the claim against the Georgia Department of Corrections because Holland has not made any specific factual allegations against it and because it is a state entity entitled to Eleventh Amendment immunity. (Doc. 8 at 5).

Holland has objected to the dismissal of the Georgia Department of Corrections. (Doc. 11). He contends that the Georgia Department of Corrections is at fault for hiring the other Defendants, who are all corrections officers at Baldwin State Prison. (Docs. 1 at 5; 11). However, as the Magistrate Judge noted, the Georgia Department of Corrections is a state entity entitled to Eleventh Amendment immunity. (Doc. 8 at 5). This claim is **DISMISSED without prejudice**.

-2-

Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered Holland's objection and has made a de novo determination of the portions of the Recommendation to which he objects. The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the order of this Court. The claim against the Georgia Department of Corrections is **DISMISSED without prejudice**.

**SO ORDERED** this 23rd day of May, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
