IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| LARANZO EUGENE HOLLAND, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-88 (MTT) |
| ALONDA MOORE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting the Motions to Dismiss filed by Defendants Lesley Anderson, Courtney Andrews, and Aaliyah Jenkins (Doc. 48), and by Defendant Sheunetta Dennis (Docs. 67; 77). Doc. 79. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Motions to Dismiss are **GRANTED**, and Defendants Anderson, Andrews, Dennis, and Jenkins are **DISMISSED without prejudice**. The claims against Defendant Moore remain pending.

**SO ORDERED**, this 29th day of August, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT