IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARANZO EUGENE HOLLAND, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-88 (MTT) |
| ALONDA MOORE, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying the Plaintiff's Motion for Default Judgment (Doc. 62) and granting the Defendant's Motion for Judgment on the Pleadings (Doc. 73) for the Plaintiff's failure to exhaust his administrative remedies. Doc. 83 at 1. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's Motion for Default Judgment (Doc. 62) is **DENIED** and the entry of default against Defendant Moore is **SET ASIDE**. Moreover, the Defendant's Motion for Judgment on the Pleadings (Doc. 73) is **GRANTED** and this action is **DISMISSED without prejudice**.

**SO ORDERED**, this 24th day of January, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT